**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

ADAIRE CARVANE EVANS,

    Petitioner,

v.                                              Case No. 3:19-CV-12801

ROBERT VASHAW,

    Respondent,
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability," dated September 19, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Robert Vashaw and against Petitioner Adaire Carvane Evans. Dated at Port Huron, Michigan, this 19th day of September, 2022.

                                                        KINIKIA ESSIX
                                                        CLERK OF THE COURT

                                                   <u>s/Lisa Wagner</u>
                                        By:  Lisa Wagner, Case Manager
                                           to Judge Robert H. Cleland